FILED
APR 09 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Cr. No. 11-3954GT |
| v. ) | ORDER |
| RENE ANTONIO MENDEZ, ) | |
| Defendant. ) | |

On April 8, 2014, the parties filed a Joint Motion requesting the transfer of the supervised release revocations proceedings to Judge Anthony J. Battaglia. This Court considers a violation of the conditions of supervised release imposed by this Court a violation of the Court's trust in the defendant. Hence, this Court will adjudicate the supervised release revocation proceedings. Accordingly,

**IT IS ORDERED** that the Joint Motion Requesting Transfer of Supervised Release Revocation Proceedings is **DENIED**.

**IT IS SO ORDERED.**

4/9/14
date

GORDON THOMPSON, JR.
United States District Judge

cc: All counsel and parties without counsel